| | |
|---|---|
| Pulling Guard Productions, LLC d/b/a The Arena League, | Case No. 0:26-cv-2305 (PJS/LIB) |
| Plaintiff, | |
| vs. | |
| Jacob Lambert; J&B Manufactured Home Services LLC; Steve Walters; Minnesota Monsters Entertainment LLC; Kramer Service Group, LLC; Brent LaBrie; Arena Football 1, LLC; and DOES 1–10, | **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| Defendants. | |

Under Fed. R. Civ. P. 65, Plaintiff Pulling Guard Productions, LLC d/b/a The Arena League ("Plaintiff" or "the League") moves this Court for a preliminary injunction against Defendants Jacob Lambert; J&B Manufactured Home Services LLC; Steve Walters; Minnesota Monsters Entertainment LLC; Kramer Service Group, LLC; Brent LaBrie; and Arena Football 1, LLC (collectively, "Defendants"). In accordance with Local Rule 7.1(d), Plaintiff respectfully requests expedited handling for this Motion.

Specifically, Plaintiff requests that the Court enter a preliminary injunction ordering that, pending final resolution of this action, Defendants be enjoined from:

a. Representing, directly or indirectly, that the Minnesota Monsters are the same team as, a continuation of, or otherwise affiliated with the Duluth Harbor Monsters or The Arena League;

b. Using the Duluth Harbor Monsters' name, marks, logos, branding, historical records, or goodwill, or any other indicia of identity associated with the Duluth Harbor Monsters;

c.    Using the name "Minnesota Monsters," or any confusingly similar name or branding, in connection with arena football in the Duluth market;

d.    Promoting, advertising, or conducting any game or event in a manner likely to cause confusion as to affiliation, sponsorship, or origin, including in connection with Defendants' May 22, 2026 home game; and

e.    Fielding or operating any arena football team in the Duluth market in connection with any of the conduct described in paragraphs (a) through (d) above.

This motion is based on the accompanying memorandum of law, declaration, and exhibits, any oral argument the Court permits, and all files and records in this action.

**BEST & FLANAGAN LLP**

Dated: April 27, 2026

*/s/ John A. Sullivan*
John A. Sullivan (# 0396730)
Allison L. Dohnalek (# 0403440)
60 South Sixth Street, Suite 2700
Minneapolis, MN 55402
(612) 339-7121
johnsullivan@bestlaw.com
adohnalek@bestlaw.com

***Attorneys for Plaintiff***