PULLING GUARD PRODUCTIONS, LLC
d/b/a THE ARENA LEAGUE,

          Plaintiff,

v.

JACOB LAMBERT; J&B
MANUFACTURED HOME SERVICES
LLC; STEVE WALTERS; MINNESOTA
MONSTERS ENTERTAINMENT LLC;
KRAMER SERVICE GROUP, LLC; BRENT
LABRIE; ARENA FOOTBALL 1, LLC; AND
DOES 1-10,

          Defendants.

Case No. 26-CV-2305 (PJS/LIB)

ORDER

Based on all of the files, records, and proceedings herein, IT IS

ORDERED THAT:

1. A hearing will be held on plaintiff's motion for preliminary injunction on May 18, 2026 at 8:30 am in Courtroom 15 (MPLS).

2. Defendants may file and serve a response, as well as any supporting materials, by May 7, 2026.

3. Plaintiff may file and serve a reply by May 14, 2026.

4. Plaintiff must serve a copy of this Order, as well as all of plaintiff's pleadings related to plaintiff's motion for preliminary injunction, on

defendants.

Dated: April 28, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court