UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Pulling Guard Productions, LLC d/b/a<br>The Arena League,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jacob Lambert; J&B Manufactured<br>Home Services LLC; Steve Walters;<br>Minnesota Monsters Entertainment LLC;<br>Kramer Service Group, LLC; Brent LaBrie;<br>Arena Football 1, LLC; and DOES 1-10,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 0:26-CV-2305 PJS/LIB<br><br><br>**DEFENDANT J&B MANUFACTURED<br>HOME SERVICES LLC'S MOTION<br>TO DISMISS** |

\* \* \* \* \* \* \* \* \* \* \* \*

TO:　Plaintiff Pulling Guard Productions, LLC d/b/a The Arena League, through its attorneys, John A. Sullivan and Allison L. Dohnalek, Best & Flanagan LLP, 60 South 6th Street, Suite 2700, Minneapolis, MN, 55402.

Defendant J&B Manufactured Home Services LLC, by and through its attorneys, hereby moves this Court under Fed. R. Civ. P. 12(b)(6) for an order dismissing with prejudice Plaintiff's Complaint as it concerns those claims brought against said Defendant.  Defendant J&B Manufactured Home Services LLC is not an owner of Defendant Minnesota Monsters Entertainment LLC, that false allegation being the only reason for said Defendant's inclusion in Plaintiff's Complaint.

A more detailed statement of the grounds for this motion will be set forth in Defendant J&B Manufactured Home Services LLC's Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Complaint as it concerns those claims brought against said Defendant, which

will be filed and served in accordance with Local Rule 7.1(c) and in accordance with instruction received from the presiding Judge's courtroom deputy.

Dated:  May 20, 2026

Respectfully submitted,

LIBBY LAW OFFICE, P.A.

By: s/Christopher J. Heinze
Christopher J. Heinze (#0311030)
Samir R. Grover (#0505851)
Libby Law Office, P.A.
Libby Law Building, Suite 100
855 Rice Street
St. Paul, MN 55113
(651) 487-1208
(651) 487-0662 facsimile
chris@libbylawoffice.com

*Attorneys for Defendant J&B Manufactured Home Services LLC*