| United States District Court | DISTRICT OF MINNESOTA |
|---|---|

| Pulling Guard Productions, LLC | Court File Number |
|---|---|
| Plaintiff, | 0:26-cv-02305-PJS-LIB |

v.

Jacob Lambert, et al.

Defendant,

**Affidavit of Service**

State of Minnesota )

County of Hennepin )

I, Tamara Johnson, state that on Monday, May 4, 2026 at 2:35 PM I served the Summons & Complaint upon Minnesota Monsters Entertainment LLC, therein named, personally at Suite N201, 332 Minnesota Street, Saint Paul, MN 55101, by handing to and leaving with Carmen J, Office of the Secretary of State, an Expressly Authorized agent of said Minnesota Monsters Entertainment LLC, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 5/4/2026

Tamara Johnson, Process Server

*2811258 - 10*

METRO LEGAL
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415-1104
(800) 488-8994
www.metrolegal.com

RE: 029774-326001

-1-