UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * * *

Pulling Guad Productions, LLC
d/b/a The Arena League,

Plaintiff,

vs.

EARLY SETTLEMENT CONFERENCE ORDER

Jacob Lambert;
J&B Manufactured Home Services LLC;
Steve Walters;
Minnesota Monsters Entertainment LLC;
Kramer Service Group, LLC;
Brent LaBrie; Arena Football 1, LLC;

Defendants.

Court File No. 26-cv-2305 (PJS/LIB)

* * * * * * * * * * * * * * * * * * * * *

Pursuant to the joint request of the parties, (Docket No. 33), an Early Settlement Conference in the above-entitled matter is set for **Thursday, September 3, 2026, at 12:00 p.m.**, before Magistrate Judge Leo I. Brisbois, in Courtroom No. 3, Gerald W. Heaney Federal Building and U.S. Courthouse, 515 West First Street, Duluth, Minnesota.

Counsel who will actually try the case and each party, armed with full settlement authority, shall be present in person. If individuals are parties to this case, they shall also be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. **If the party representative has a limit or "cap" on his or her authority, this requirement is not satisfied.** If an insurance company is involved, the responsible agent must be present in person.

In order to encourage the parties to address the issue of settlement on their own, counsel for all parties must engage in direct talks (email or letter exchanges will not be considered to be direct talks) at least fourteen (14) days prior to the date of the Early Settlement Conference, to engage in up to date full and frank discussion of settlement. If after the meet and confer the case does not settle, **each attorney shall submit to the undersigned, at least ten (10) days before the date of the Early Settlement Conference, a confidential letter** setting forth the parties' respective settlement positions before the meeting, their respective positions following the meeting, and a reasoned, itemized analysis justifying their client's last stated settlement position. **This confidential letter shall be submitted directly to Magistrate Judge Leo I. Brisbois by email to the following address: brisbois_chambers@mnd.uscourts.gov**. Failure of any lawyer to submit this letter may, in the Court's discretion, result in the Settlement Conference being rescheduled and the imposition of an appropriate sanction on the attorney whose failure caused the conference to be postponed. Additional sanctions may be imposed for failure to comply with any of the other foregoing instructions. [1]

DATED: July 17, 2026

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE

---

[1] If the parties reach an impasse and are unable to settle this case at this Court-mediated Early Settlement Conference, the parties are strongly encouraged and expected to continue to fully explore other interim options for participation in ongoing informal settlement discussions or other private ADR in an effort to see if settlement efforts may be restarted and the case resolved by mutual agreement. The Court may, in its inherent discretion, still schedule a mandatory Settlement Conference pursuant to Local Rule 16.5(b) at a later date relative to dispositive motion practice or trial date.