UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | | |
|---|---|---|
| Pulling Guard Productions, LLC d/b/a The Arena League,<br><br>Plaintiff,<br><br>v.<br><br>Jacob Lambert; J&B Manufactured Home Services LLC; Steve Walters; Minnesota Monsters Entertainment LLC; Kramer Service Group, LLC; Brent LaBrie; Arena Football 1, LLC; and DOES 1-10,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 0:26-CV-2305 PJS/LIB<br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

* * * * * * * * * * * *

I Roger Korby, hereby certify that on July 23, 2026, I served the following documents: *Answer and Crossclaim of Minnesota Monsters Entertainment LLC; Answer and Crossclaim of Jacob Lambert; Answer of Jacob Lambert to Kramer Service Group, LLC's Crossclaim; Answer of Arena Football 1, LLC* pursuant to Fed. R. Civ. P. 5(b)(2)(C) by mailing a true and correct copy of the documents by Certified Mail, postage paid, at a postal box located in the City of St. Paul, State of Minnesota, Zip Code 55117 to:

Defendant Steve Walters at his last known address at 1828 Anniston Avenue, Shreveport, LA 71105, in the County of Caddo Parish.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated: 7-23-2026

Roger Korby

Roger Korby
855 Rice Street, Suite 100
St. Paul, MN 55117
651-487-1208
roger@libbylawoffice.com